**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-23137-CMA

CARLOS BRITO,

Plaintiff,

v.

BH 1025, LTD., and MOON THAI AVENTURA INC. d/b/a OHHO RAMEN DIM SUM,

Defendants.
_________________________________/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT, MOON THAI AVENTURA INC. D/B/A OHHO RAMEN DIM SUM ONLY**

Pursuant to Fed. Civ. P. 41(a)(1), Plaintiff, CARLOS BRITO, by and through his undersigned counsel, hereby dismisses Defendant, MOON THAI AVENTURA INC. d/b/a OHHO RAMEN DIM SUM *only*, with Prejudice.

Dated this September 5, 2024.

Respectfully Submitted,

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (855) 205-6904
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com; aquezada@lawgmp.com

By: */s/ Beverly Virues*________
BEVERLY VIRUES
Florida Bar No.: 123713

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com

By: ___*/s/_Ramon J. Diego*______
RAMON J. DIEGO
Florida Bar No.: 689203

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on September 5, 2024.

Respectfully Submitted,

**GARCIA-MENOCAL, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Facsimile: (855) 205-6904
Primary E-Mail: bvirues@lawgmp.com
Secondary E-Mails: amejias@lawgmp.com; aquezada@lawgmp.com

By*: /s/ Beverly Virues*
BEVERLY VIRUES