**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-23137-CMA

CARLOS BRITO,

Plaintiff,

v.

BH 1025, LTD., and MOON THAI AVENTURA INC. d/b/a OHHO RAMEN DIM SUM,

Defendants.
_________________________________/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendant, BH 1025, LTD. ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE to the immediate dismissal of this action with prejudice as to Defendant with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on November 14, 2024.

*By: /s/ Ramon J. Diego*
RAMON J. DIEGO
Florida Bar No. 689203

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
5001 SW 74th Court, Suite 103
Miami, Florida 33155
Telephone: (305) 350-3103
Email: rdiego@lawgmp.com
*Counsel for Plaintiff*

*/s/ Jamie White*
Florida Bar No. 100018

*For* JESSE UNRUH
Florida Bar No. 93121

**SPIRE LAW, PLLC**
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Telephone: (407) 494-0135
Emails: jesse@spirelawfirm.com; marcela@spirelawfirm.com
*Counsel for Defendant, BH 1025, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 14, 2024.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com

By: */s/_Ramon J. Diego*______
RAMON J. DIEGO